```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2026
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

Carlos Urbano,

                Petitioner,

v.

Kenneth Genalo, et al.,

                Respondents.

_____

Case No. 26-cv-1466-AT

**ORDER TO SHOW CAUSE FOR TELEPHONE ACCESS BETWEEN PETITIONER AND HIS ATTORNEY**

Upon the Petition for a Writ of Habeas Corpus, all of the prior proceedings had herein, the Memorandum of Law, and the Declaration of Paul O'Dwyer filed in support of this Order to Show Cause, it is

ORDERED, this 11th day of March, 2026, by the US District Court, Southern District of New York, that Respondents show cause, if any they may have, on or before the 13th day of March, 2026, at 9 a.m, why the following Orders should not be issued:

1. Directing Respondents to facilitate regular and confidential telephone access between Petitioner and his attorney; and

2. Such other and further relief as the Court may deem just and equitable.

IT IS FURTHER ORDERED that pending the determination of this Order to Show Cause, Respondents are directed to contact Petitioner's attorney and arrange immediate telephone access between him and Petitioner, with such telephone calls to be privileged and confidential and which will allow an interpreter to join the call.

Dated: March 11, 2026
       New York, New York

                                              _____
                                              ANALISA TORRES
                                             United States District Judge