UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URBANO,

                    Petitioner,

        -against-

KENNETH GENALO, New York Field Office
Director, Immigration and Customs Enforcement
and Removal Operations (ICE/ERO); TODD
LYONS, Acting Director, U.S. Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary, Department of Homeland Security,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

26 Civ. 1466 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' briefing regarding Petitioner's pending application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Pet., ECF No. 1; Gov't Ltr., ECF No. 6; De La Cruz Decl.; ECF No. 7; Reply, ECF No. 10. By **March 18, 2026**, the government shall file a sur-reply to Petitioner's reply, which shall discuss the following:

1. Petitioner's criminal history and the status of the three charges the government claims were entered against Petitioner, including:
    a. whether the October 8 and 16, 2024 charges were dismissed in Petitioner's favor;
    b. whether Petitioner was previously arrested for or charged with a sex offense or whether he is a registered sex offender;
    c. whether the April 22, 2025 charge appears on Petitioner's current records of arrests and prosecutions or in the government's criminal history record for the Petitioner; and
2. The current status of Petitioner's proceedings in immigration court, including whether Petitioner has received a bond hearing before an immigration judge.

        SO ORDERED.

Dated: March 16, 2026
        New York, New York

ANALISA TORRES
United States District Judge