UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URBANO,

                    Petitioner,

        -against-

KENNETH GENALO, New York Field Office
Director, Immigration and Customs Enforcement
and Removal Operations (ICE/ERO); TODD
LYONS, Acting Director, U.S. Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary, Department of Homeland Security,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/23/2026_

26 Civ. 1466 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters regarding Petitioner's criminal history. *See* ECF Nos. 15–17. Because the Court finds that the petition presents potential issues of fact, *see* 28 U.S.C. § 2243, the parties shall appear for a hearing on **March 25, 2026**, at **1 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York. The Government shall produce Petitioner and the Immigration and Customs Enforcement officers involved in arresting and detaining Petitioner on February 20, 2026.

        SO ORDERED.

Dated: March 23, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge