# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

CARLOS URBANO,

|  | Petitioner, | 26 **CIVIL** 01466 (AT) |
|---|---|---|

-against-

**JUDGMENT**

KENNETH GENALO, New York Field Office Director,
Immigration and Customs Enforcement and Removal
Operations (ICE/ERO); TODD LYONS, Acting Director,
U.S. Immigration and Customs Enforcement; KRISTI
NOEM, Secretary, Department of Homeland Security,

Respondents.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 29, 2026, The Petition is, therefore, GRANTED.

**Dated:** New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**